IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0373-WS-B |
| | ) |
| WILLIAM S. POOLE, JR., | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

In accordance with the separate Order entered on this date, it is **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, the United States of America, and against defendant, William S. Poole, Jr., in the amount of **$328,127.77** as of December 8, 2017, plus accruing interest and penalties according to law.

DONE and ORDERED this 28th day of December, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE